IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:13CR409** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **TENTATIVE FINDINGS** |
| | ) | |
| **PABLO ALVARO-SILOS,** | ) | |
| | ) | |
| Defendant. | ) | |

The Court has received the Revised Modified Presentence Investigation Report and Addendum ("PSR"), and the Defendant's objections (Filing No. 24). *See* Order on Sentencing Schedule, ¶ 6. The Court takes note that the government did not filed a formal objection, but it did present an objection in the Addendum to the PSR, objecting to Paragraphs #19, 24, 27, 45, and 46, and the government's position and Defendant's position appear to be in accord. The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

Accordingly,

IT IS ORDERED:

1. The Defendant's objections to the PSR entitled, "Objection to the Presentence Investigation Report" (Filing No. 24) will be heard at the sentencing hearing.

2. The Court intends to adopt the PSR in all other respects;

3. If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the

submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

4. Absent submission of the information required by paragraph 3 of this Order, these amended tentative findings are final; and

5. Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 20th day of March, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge